FILED

SEP 1 6 2025

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | I N D I C T M E N T |
| | ) | |
| Plaintiff, | ) | |
| | ) | **5 : 2 5 CR    4 5 5** |
| v. | ) | CASE NO._____ |
| | ) | Title 18, United States Code, Sections |
| ALEJANDRO JAMES SOSA, | ) | 1466A(b), 1519, 2252(a)(2) and |
| | ) | A(a)(5)(B) |
| Defendant. | ) | **JUDGE FLEMING** |

COUNT 1
(Receipt and Distribution of Visual Depictions of Real Minors Engaged in Sexually Explicit
Conduct, 18 U.S.C. § 2252(a)(2))

The Grand Jury charges:

1.     From on or about January 1, 2025 to on or about August 19, 2025, in the

Northern District of Ohio, Eastern Division, and elsewhere, Defendant ALEJANDRO JAMES

SOSA did knowingly receive and distribute, using any means and facility of interstate and

foreign commerce, numerous computer files, which files contained visual depictions of real

minors engaged in sexually explicit conduct, and which files had been shipped and transported in

and affecting interstate and foreign commerce, as defined in Title 18, United States Code,

Section 2256(2), in violation of Title 18, United States Code, Section 2252(a)(2).

COUNT 2
(Possession of Child Pornography, 18 U.S.C. § 2252A(a)(5)(B))

The Grand Jury further charges:

2.     On or about August 20, 2025, in the Northern District of Ohio, Eastern Division,

Defendant ALEJANDRO JAMES SOSA did knowingly possess a Samsung Galaxy s10 and a

Samsung Galaxy s25+ that contained child pornography as defined in Title 18, United States

Code, Section 2256(8), which child pornography had been shipped and transported in interstate

and foreign commerce by any means, including by computer, and which was produced using

materials which had been shipped and transported in interstate and foreign commerce by any

means, including by computer, and at least one image involved in the offense involved a

prepubescent minor or a minor who had not attained twelve (12) years of age, in violation of

Title 18, United States Code, Section 2252A(a)(5)(B).

COUNT 3
(Destruction, Alteration, or Falsification of Records in a Federal Investigation, 18 U.S.C.§ 1519)

The Grand Jury further charges:

3.      On or about August 20, 2025, in the Northern District of Ohio, Eastern Division,

Defendant ALEJANDRO JAMES SOSA did knowingly alter, destroy, mutilate, conceal, cover

up, falsify, a record, document, and tangible object with the intent to impede, obstruct, and

influence an investigation and proper administration of a search, a matter that the defendant

knew and contemplated was within the jurisdiction of the Federal Bureau of Investigation, a

department and agency of the United States, in violation of Title 18, United States Code, Section

1519.

COUNT 4
(Obscene Visual Representations of the Sexual Abuse of Children, 18 U.S.C. § 1466A(b))

The Grand Jury further charges:

4.      On or about August 20, 2025, in the Northern District of Ohio, Eastern Division,

Defendant ALEJANDRO JAMES SOSA did knowingly possess a visual depiction of any kind,

including a drawing, cartoon, sculpture and painting that depicts a minor engaging in sexually

explicit conduct and is obscene and depicts an image that is, and appears to be, of a minor

2

engaging in graphic bestiality, sadistic and masochistic abuse, and sexual intercourse, including genital-genital, oral-genital, anal-genital and oral-anal, whether between persons of the same or opposite sex and lacks serious literary, artistic, political, and scientific value and which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and which was produced using materials which had been shipped and transported in interstate and foreign commerce by any means, including by computer, and at least one image involved in the offense involved a prepubescent minor or a minor who had not attained 12 years of age, in violation of Title 18, United States Code, Section 1466A(b).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.